June 09, 2006

Mr. George Thomas Bohl
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Ms. Martha S. Dickie
Minton Burton Foster & Collins
1100 Guadalupe Street
Austin, TX 78701

Mr. Richard W. Lowerre
Lowerre & Kelly
44 East Avenue, Suite 101
Austin, TX 78701
Mr. R. Lambeth Townsend
Lloyd Gosselink Blevins Rochelle & Townsend, P.C.
816 Congress Avenue, Suite 1900
Austin, TX 78701

The Honorable Craig T. Enoch
Winstead Sechrest & Minick, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701

Mr. Jonathan D. Pauerstein
Loeffler Tuggey Pauerstein Rosenthal LLP
755 E. Mulberry, Suite 200
San Antonio, TX 78212

RE: Case Number: 03-1111
 Court of Appeals Number: 03-03-00154-CV
 Trial Court Number: GN2-01217

Style: CITY OF MARSHALL AND TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
 v.
 CITY OF UNCERTAIN, CADDO LAKE AREA CHAMBER OF COMMERCE AND TOURISM,
 GREATER CADDO LAKE ASSOCIATION, CADDO LAKE INSTITUTE, JOHN T. ECHOLS
 AND BARRY L. BENNICK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. R. Glenn Jarvis |
| |Mr. Aric Kurtis Short |
| |Mr. Roger P. Nevola |
| |Mr. Frank R. Booth |
| |Mr. P. M. Schenkkan |
| |Mr. Timothy L. Brown |